No. 17,891.

SARAH E. HALL, ET AL. *v.* E. M. KLIEWER, ET AL.
(298 P. [2d] 396)

Decided June 11, 1956.

Mr. ELIAS J. CANDELL, for plaintiffs in error.

Mr. J. EMORY CHILTON, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.